**Noah Bishop, Oregon Bar No. 092871**
Of Bankruptcy Counsel for Debtor
Law Offices of Alexzander C.J. Adams, PC
14705 SW Millikan Way
Beaverton, OR 97006
noah@acjalaw.com
Fax:    (888) 588-5410
Office: (503) 278-5400

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In Re | ) Case No. <u>11−35180−PCM13</u> |
| RYAN JUSTIN MCDONALD | ) |
| SHAY MARIE MCDONALD | ) DEBTORS' MOTION FOR CONTEMPT |
| | ) OF BANKRUPTCY COURT ORDER AND |
| | ) 11 U.S.C. § 105 |
| Debtor(s) | ) |

**MOTION**

Pursuant to 11 U.S.C. § 105 as well as this Court's inherent and equitable power, Ryan McDonald and Shay McDonald ("Debtors") move for an order of Contempt against Deutsche Bank National Trust, and their servicer Ocwen Loan Servicing, (hereinafter Creditor) holding that it willfully violated this Court's December 2, 2011 Order affixing pre-petition arrearages.

Pursuant to LBR 5010-1(a), Debtors' current mailing address is 8080 SW Berryhill Ct., Beaverton, Oregon 97003.

**PRAYER FOR RELIEF**

Pursuant to LBR 9020-1, Debtors prays for damages and relief as follows:

LAW OFFICES OF ALEXZANDER C.J. ADAMS, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax:    (888) 588-5410
Office: (503) 278-5400

A. IT IS ORDERED AND ADJUDGED that Deutsche Bank National Trust, and their servicer Ocwen Loan Servicing, are held in contempt of a Bankruptcy Court Order on December 2, 2011 approving Objection to Claim 13 which fixed the prepetition arrearage owed by Debtors;

B. IT IS ORDERED AND ADJUDGED that Deutsche Bank National Trust, and their servicer Ocwen Loan Servicing, will pay Debtors actual damages, compensatory damages for their emotional harm, as well as any other any other equitable relief that this Court may determine is fair and just;

C. IT IS ORDERED AND ADJUDGED that after a short evidentiary hearing, Deutsche Bank National Trust, through their current loan servicer Ocwen, Loan servicing must reimburse The Law Offices of Alexzander C.J. Adams, PC for it's reasonable attorney fees and costs in this contempt proceeding.

## QUESTION TO BE DECIDED

Does clear and convincing evidence show that Creditor, Deutsche Bank National Trust, and its servicer Ocwen Loan Servicing, willfully violated this Court's Order affixing Debtors' prepetition arrearages on December 2, 2011?  **(Yes)**

## RELEVANT FACTS

### A. Bankruptcy Protection

On June 14, 2011, Debtors sought bankruptcy protection under Chapter 13 of Title 11.  **See Doc. 1[1].**  Creditor was notified through their original servicer, American Home Mortgage Inc., and then filed a claim in the case through its subsequent loan servicer, Ocwen Loan Servicing.  **See Doc. 8**, **Claim 13-1.**   Creditor has been an active participant throughout debtor's bankruptcy through its loan servicer, Ocwen Loan Servicing. **See Docket 13-1, 68, 106.**

### B. Creditor's Contempt of the Court Order Sustaining Objection to Claim 13.

On December 3, 2011 the honorable Randall L. Dunn of the United States Bankruptcy Court of Oregon granted Debtors' objection to Claim no. 13 in Debtors' bankruptcy.  This order affixed pre-petition arrearages at $7,402.00.  **See Doc. 36.**  On August 17, 2015 the Trustee in Debtors' case

---

[1] All references to "Doc." are to the docket in District of Oregon bankruptcy case number 11-35180-pcm13.

LAW OFFICES OF ALEXZANDER C.J. ADAMS, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjlaw.com
Fax:   (888) 588-5410
Office: (503) 278-5400

filed a notice of Final Cure Mortgage Payment which stated that the Trustee had paid the full $7,402.00 arrearage. **See Doc. 105**. Creditor filed a response to the Notice of Final Cure mortgage payment, does not dispute that pre-petition debt was paid, but claims that post-petition payments weren't made from August 1, 2014 to August 1, 2015 resulting in a post-petition arrearage of $23,205.76. **See Doc 106.** Creditor's own statement provided to Debtors shows that payments were made from August 1, 2014 to August 5, 2015 but misapplied to older debt. **See Exhibit 6.** It appears that by February 21, 2013, Creditor considered Debtors nine months behind on payments. **See *Id*.** Creditor's own records dispute that these payments are missing. Creditor believed Debtors were behind 9 months because it applied post-petition payments to pre-petition debt in violation of the Court Order entered on December 2, 2011. Creditor is either incapable of following Court orders or attempting to double dip on recovering pre-petition debt during the bankruptcy.

### D. Debt Collection

Creditor chose to ignore the Bankruptcy Court Order fixing the value of the post-petition arrearages, entered August 11, 2015, and attempted to collect in excess of the agreed upon arrearage causing Debtors to face foreclosure. **See Doc. 34 and Exhibit 1.** The money Creditor demanded also included sums that were owed prepetition and then incorrectly "paid" with post-petition payments instead of through Creditor's proof of claim. **See Exhibit 6.** Therefore, Creditor also chose to ignore the Bankruptcy Court Order fixing the value of pre-petition arrearages, entered December 2, 2011, and attempted to collect in excess of the agreed upon arrearage causing Debtors to face foreclosure. **See Exhibit 1 and 6.** The Bankruptcy Court Order entered on December 2, 2011 was specifically designed to prohibit this sort of post-bankruptcy misappropriation of Debtors payments by making a final determination of the prepetition arrearage. **See Doc. 34.** Creditor is not allowed to ignore an unambiguous Bankruptcy Court Order, affixing arrearages, once the Bankruptcy is over or else they render the whole process of filing Bankruptcy meaningless.

When asked for an explanation, Creditor found nothing wrong with using post-bankruptcy payments on debt already satisfied through a Chapter 13 bankruptcy. **See Exhibit 2.** Debtors were even turned over to a collection company on January 11, 2016 who commenced pre-foreclosure collection activities and loss mitigation. **See Exhibit 3.** Almost two years later Debtors still fear the impending loss of their home due to the incompetency of their loan servicer – even though Debtors successfully completing a Chapter 13 bankruptcy specifically to avoid such a situation.

LAW OFFICES OF ALEXZANDER C.J. ADAMS, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjlaw.com
Fax:    (888) 588-5410
Office: (503) 278-5400

Creditor has still, at no point, provided a correct accounting of Debtors' mortgage reflecting the proper application of their payments. The misapplication of post-petition payments to prep-petition debt already being paid through the plan means that Creditor's subsequent attempts to collect post-petition debt are, in reality, attempts to collect pre-petition debt. Creditor can't misuse payments and then claim that's incorrect use makes the resulting debt post-petition.

## E. History of the Case

Debtors have seen two Bankruptcy Judges in charge of administering their case retire from the bench while Debtors still wait for an end to their bankruptcy. Debtors appeared to have successfully completed a Chapter 13 bankruptcy and Creditor chose to reward them by attempting to take Debtors' house. **See Exhibit 3 and Doc. 111.** Debtors' attorney has gone above and beyond in attempting to reconcile Debtors' payments with Creditor's increasingly unreliable accounting. **See Doc. 80 and Exhibit 2**. It appears to be common practice that Creditor expects Debtors and their counsel to do Creditor's research for them in order to determine how much of Debtors' money it has received. **See *Id***. At no time has Creditor provided a reliable accounting and there has been a motion for contempt pending for more than one year and four months. At one point it appeared that Debtors' had reached an agreement with Creditor, but Creditor admitted that it had agreed to a stipulated order without understanding it. **See Doc. 181 at 12:00-12:45.**

It was over two years ago Debtors received their discharge and Creditor still has not fixed its accounting problems. The issues in this case stem from an unresponsive Creditor which prefers to deal with issues at the last possible second. This has resulted in a bankruptcy case with 219 docket entries. **See Docket.** Debtors' counsel has expended more than three times the amount of time on this case than any other case it has litigated. This case has gone on too long and the fault lies solely with Creditor.

## LEGAL POINTS AND AUTHORITIES

### I. Legal Standard for Contempt

To obtain an order of contempt for violation of an order for relief, a debtor must prove that a party had knowledge of the order and intended the conduct that violated the order. See, e.g., ZiLOG, Inc. v. Corning, 450 F.3d 996, 1007 (9th Cir. 2006). To recover sanctions against a creditor for contempt, a debtor must establish the violation with clear and convincing evidence.

Law Offices of Alexander C.J. Adams, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax:    (888) 588-5410
Office: (503) 278-5400

<u>Renwick v. Bennett</u>, 298 F.3d 1059, 1069 (9th Cir. 2002). A contempt proceeding in bankruptcy court is properly brought by motion. <u>Barrientos v. Wells Fargo Bank</u>, 633 F.3d 1186, 1191 (9th Cir. 2011); Fed. R. Bnkr. P. 9020.

I. CAUSE OF ACTION

11 U.S.C. § 105(a).

11 U.S.C. § 105 empowers bankruptcy courts to award Debtors compensatory civil contempt remedies for violations of Court Orders even without a showing of willfulness. These remedies include an order of contempt, compensatory damages, attorney's fees and costs, and mild sanctions. See, e.g., <u>Knupfer v. Lindblade</u> (In re Dyer), 322 F.3d 1178, 1193 (9th Cir. 2003); <u>Walls v. Wells Fargo Bank</u>, 276 F.3d 502, 507 (9th Cir. 2002). The ability of the court to sanction a party for violation of its orders is central to administration of bankruptcy estates and must therefore be considered a core proceeding. 28 U.S.C. § 157(b)(2)(A).

Creditor violated the Court's Order affixing pre-petition arrearages. **See Doc. 36.**

**<u>ARGUMENT</u>**

On December 3, 2011 the honorable Randall L. Dunn of the United States Bankruptcy Court of Oregon granted Debtors' objection to Claim no. 13 in Debtors' bankruptcy. This order affixed pre-petition arrearages at $7,402.00. **See Doc. 36.** On August 11, 2015 the honorable Judge McKittrick of the U.S. Bankruptcy Court of Oregon signed an order fixing, as a final determination, arrearages for Debtors' mortgage at $4,795.63 which included attorney fees of $826.00. This was to be paid in monthly installments of $799.27 commencing May 15, 2015 and ending October 15, 2015. Debtors were also responsible for making an ongoing monthly payment of $1,659.63. **See Doc. 103.** Debtors' entire arrearage in this bankruptcy case, both post-petition and pre-petition, totals $12,197.63. **See Doc. 36 and 103.**

On August 31, 2015 Creditor filed a response to the Notice of Final Cure mortgage payment claiming an arrearage in the case of $21,575.19. **See Doc 106.** This arrearage is $9,377.56 more than the arrearage Court ordered in the plan and discounts all payments made by the Chapter 13 Trustee to Creditor. Creditor continually provides conflict records of Debtors payments. **See Exhibit 6 and 7.** Creditor is attempting to collect pre-petition debt in contravention of Bankruptcy

Law Offices of Alexzander C.J. Adams, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax: (888) 588-5410
Office: (503) 278-5400

Court Orders.  **See Doc. 36, 103, 106.**  It also appears that Creditor is using the threat of foreclosure post-petition to collect pre-petition debt.  **See Exhibit 1.**

Debtors' attorney has gone above and beyond in attempting to reconcile Debtors payments with Creditor's increasingly unreliable accounting.  **See Doc. 80 and Exhibit 2**.  It appears to be common practice that Creditor expects Debtors to do Creditor's research for them in order to determine how much of Debtors' money they have received.  **See *Id***.  This creates an unfair burden to Debtors and Debtors' attorney as they are being required to do the work of a loan servicer, the very purpose for which Deutsche Bank National Trust purportedly hired Ocwen Loan Servicing.

Creditor has willfully violated the Court's initial Order affixing the amount of prep-petition arrearage and then violated the Court's subsequent Order affixing post-petition arrearage by applying payments to already satisfied pre-petition debt.  This is part of a clearly demonstrable pattern of poor accounting and bad management designed to harass Debtors.  Creditor required Debtors and Debtors' Counsel to invest many hours in hearings to get a final determination of liability only to treat each order with contempt, in one case less than three weeks after it was issued.  Creditor's violations are regular, continued, and unchanged.  Creditor has disseminated erroneous documents, ignored Court orders, and acted above the law.  Its attempt to collect pre-petition debt through the misapplication of post-petition payments subverts the reason Debtors filed bankruptcy. Despite the fresh start they were promised in return for successfully completing their Chapter 13 bankruptcy, Debtors live in constant fear of losing their home.

## CONCLUSION

Under 11 U.S.C. § 105 as well as this Court's inherent and equitable power, Debtors respectfully requests entry of an order holding Creditor, Deutsche Bank National Trust, and their servicer, Ocwen Loan Servicing, in contempt of this Court's order affixing prepetition arrearages and entry of a money judgment awarding Debtors their costs, fair compensation for their emotional harm to be proved at trial and, further, this Court should sanction Creditor in an amount not to exceed $150,000.00 so it becomes profitable for it to implement procedures that will avoid these types of violations in the future.

Law Offices of Alexzander C.J. Adams, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax:   (888) 588-5410
Office: (503) 278-5400

Case 11-35180-pcm13    Doc 224    Filed 11/02/17

After an evidentiary hearing, Debtors request entry of a money judgment awarding the Law Offices of Alexzander C. J. Adams P.C. reimbursement of it's reasonable attorney fees and costs in this contempt proceeding and all prior hearings related to the underlying issue.

Debtors reserve the right to bring non-bankruptcy claims related to the behavior of Deutsche Bank Trust and their servicer, Ocwen Loan Servicing, in separate non-bankruptcy legal actions.

DATED: November 1, 2017

/s/  Noah Bishop on behalf of
Alexzander CJ Adams
Noah Bishop, OSB #092871

Law Offices of Alexzander C.J. Adams, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax:    (888) 588-5410
Office: (503) 278-5400

Case 11-35180-pcm13    Doc 224    Filed 11/02/17

Exhibit #1 (pg. 1 of 1)



# Ocwen Loan Servicing, LLC
WWW.OCWEN.COM

*Helping Homeowners is What We Do!™*

1661 Worthington Road,
Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

01/19/2016

Loan Number: 7141061403

RYAN JUSTIN MCDONALD
SHAY MARIE MCDONALD
8080 SW BERRYHILL CT
BEAVERTON, OR 97008-6950

<u>VIA First Class Mail</u>
<u>Tracking Number: 2305185629</u>

Property Address: 8080 SW BERRY HILL CT
BEAVERTON, OR 97008

# PRE-FORECLOSURE REFERRAL LETTER

**Special Note: If you HAVE FILED Bankruptcy**

*Applies only if you have a Chapter 7 discharge and/or discharge pursuant to Chapter 13*

If you have received a Chapter 7 discharge under the U.S. Bankruptcy Code, or if your mortgage has been discharged as part of a completed Chapter 13 plan, this notice is not intended as an attempt to collect a debt. This is not an assertion that you have any personal liability for this debt.

*Applies only if you have recently filed a bankruptcy petition - **Please NOTIFY US IMMEDIATELY!***

If you have recently filed for bankruptcy, this notice has been sent to you because Ocwen has not been notified of your bankruptcy case. It is important that you or your bankruptcy attorney contact us immediately. In order for us to document your file, please provide us with the <u>date</u> and <u>jurisdiction</u> of your filing, your <u>case number</u>, and the bankruptcy <u>chapter number</u> under which you have filed. **This information is CRITICAL--it may change your options for keeping your home. So please CONTACT US today!**

Dear Customer(s):

Recently, Ocwen Loan Servicing, LLC ("Ocwen") sent you a Notice of Default due to your loan becoming past due. Ocwen services your home loan and mortgage on behalf of Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT4, Asset-Backed Certificates, Series 2006-OPT4, who is the holder of the beneficial interest in the mortgage or deed of trust which is secured by property at the address listed above. Our records reflect that the last full mortgage payment date on your account was 10/28/2015. The account is paid through 10/01/2014, which makes your account due from 11/01/2014. Your mortgage payments are past due, which puts you in default of your loan agreement and the property may be referred to foreclosure after 14 days from the date of this letter. As of 01/12/2016, you owe the following:

| | |
|---|---|
| Principal and Interest: | $20,353.00 |
| Interest Arrears: | $0.00 |
| Escrow: | $5,550.39 |
| Late Charges: | $0.00 |
| Insufficient Funds Charges: | $0.00 |
| Fees / Expenses: | $2,392.50 |
| Suspense Balance (CREDIT): | $1,568.66 |
| Interest Reserve Balance (CREDIT): | $0.00 |
| **TOTAL DUE:** | **$26,727.23** |

NMLS # 1852

14DYPFC



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

2305185629

Exhibit #2 (pg. 1 of 6)

## Noah Bishop

| | |
|---|---|
| **From:** | Ombudsman <Ombudsman3@ocwen.com> |
| **Sent:** | Friday, April 15, 2016 8:57 AM |
| **To:** | noah@acjalaw.com |
| **Subject:** | RE: McDonald Loan 82579042-1 |
| **Attachments:** | XXXXX1403 Mcdonald Response.pdf |

Dear Noah Bishop:

On behalf of Ocwen Loan Servicing, LLC (Ocwen), the Office of the Consumer Ombudsman would like to thank you for the recent correspondence regarding payment application for the above referenced loan. The Consumer Ombudsman's office was created to provide a resource to assist with unresolved concerns and issues.

Ocwen's record indicates that similar concerns raised have already been addressed by this Office in our letter dated April 14, 2016. The response clearly outlined the concerns regarding the payment posting. In the event you did not receive the response, attached is a copy for your review.

If you wish to discuss possible alternatives available to the loan, you may contact Ocwen's Bankruptcy Department directly at (888) 554 - 6599. Alternatively, this account has been assigned with a Relationship Manager as a single point of contact; the designated Relationship Manager on this loan is Mr. Ashlee R. Stutler for inquiries and the submission of documents as needed.

The Office of the Consumer Ombudsman is your advocate in ensuring that Ocwen's servicing remains fair, reasonable and proper. If you still have unresolved issues, please feel free to contact this Office at (800) 390-4656.

Sincerely,

Sayyed Hasan Ali
Consumer Account Analyst
Office of the Consumer Ombudsman
Ocwen Loan Servicing, LLC
NMLS#1852

*P.O. Box 785061, Orlando, FL 32878-5061*
*Telephone: (800) 390-4656    Fax: (866) 771-5152*
*NMLS # 1852*

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

**From:** Noah Bishop [mailto:noah@acjalaw.com]
**Sent:** Wednesday, March 30, 2016 3:06 PM
**To:** Ombudsman
**Cc:** 'Derek'; 'Christine O'Connell'
**Subject:** McDonald Loan 82579042-1

Attention Pranav or Hassan:

1

Exhibit #2 (pg. 1 of 6)        Case 11-35180-pcm13    Doc 224    Filed 11/02/17

Exhibit #2 (pg. 2 of 6)

Attached is the Order from the Bankruptcy Judge affixing arrears in the case and detailing how payments shall be applied. I have also attached the payment history that you supplied which shows how these payments were actually applied. It is our position that the McDonalds' payments were mis-applied. If the situation is not remedied , or clarified, than we will seek redress through the Bankruptcy Court for acting in Contempt of a Bankruptcy Court Order. Our client has been damaged by this misapplication and it has required them to yet again retain our services to fix your mistake. Any resolution should address the damage to my client and fees incurred to remedy it.

Thank you,

Noah

**Noah Bishop**
Law Offices of Alexzander C. J. Adams, P.C.
14705 SW Millikan Way
Beaverton, OR 97006
(503) 278-5400 Offices
(888) 588-5410 Fax
www.ACJALaw.com

*********************************************************************************************

This E-mail message and any attachments are intended solely for the use of the addressee hereof and may contain information that is confidential, privileged and/or exempt from disclosure under applicable law. Delivery of this message to any person other than the intended recipient shall not constitute a waiver of any right, privilege or exemption. If you are not the intended recipient, please immediately notify the sender by reply E-mail and permanently delete this message from your system without reproducing or disclosing it to any third party. While Ocwen Financial Corporation and its subsidiaries take reasonable precautions to prevent transmission of software viruses, we cannot guarantee the same and we therefore disclaim liability for any damage sustained by you or any third party as a result thereof

*********************************************************************************************

2

Exhibit #2 (pg. 2 of 6)

Case 11-35180-pcm13    Doc 224    Filed 11/02/17

Exhibit #2 (pg. 3 of 6)



April 14, 2016

Noah Bishop
Law Offices of Alexzander C.J. Adams, P.C.
14705 SW Millikan Way
Beaverton OR 97006

RE:    OLS Loan No.:    7141061403
    Customers:    Ryan Justin Mcdonald and Shay Marie Mcdonald
    Property Address:    8080 SW Berryhill Ct., Beaverton, OR 97008-6950

Dear Mr. Bishop:

On behalf of Ocwen Loan Servicing, LLC (Ocwen), the Office of the Consumer Ombudsman would like to thank you for your recent correspondence regarding payment application on the above referenced loan. The Consumer Ombudsman's office was created to provide a resource to assist with unresolved concerns and issues.

Ocwen commenced servicing the loan on February 15, 2013, from Homeward Residential, Inc. (Homeward Residential); with the loan reflecting past due for the June 1, 2012 payment.

A review of the loan indicates that the customers filed for protection under Bankruptcy Chapter 13 on June 14, 2011, which was subsequently discharged on September 29, 2015.

Following the receipt of your correspondence, this Office forwarded the concerns to Ocwen's Bankruptcy Department for further review. Accordingly, this Office has been advised that all the payments on the loan are applied accurately as per the Bankruptcy Post-Petition Plan. In an effort to assist you, enclosed is a copy of the Bankruptcy Payment History for your review.

If you and/or the customers wish to discuss possible alternatives available on the loan, you may contact Ocwen's Bankruptcy Department directly at (888) 554 - 6599. Alternatively, this account has been assigned with a Relationship Manager as a single point of contact. The designated Relationship Manager on this loan is Mr. Ashlee Stutler for inquiries and the submission of documents as needed.

Thank you for bringing the customers' concerns regarding payment application and this Office has been advised that all the payments are applied accurately on the loan. Ocwen has investigated the allegation and has found no evidence that an error was made. I have enclosed the documentation we relied upon to review the customers' concern. If you believe there is additional documentation relevant to the issue, which was not provided, you may request such documents by contacting me directly at:

Sayyed Hasan Ali
Office of the Consumer Ombudsman
P.O. Box 785061
Orlando, FL 32878
(800) 390-4656

The Office of the Consumer Ombudsman is an advocate in ensuring that Ocwen's servicing remains fair, reasonable, and proper. Should you have any further concerns relating to this response, you may contact us at the address or phone number at the bottom of this letter. For other questions or servicing requests, the borrowers should call Ocwen at 1-800-74-OCWEN (800-746-2936) or visit their website at www.ocwen.com.

Sincerely,

Exhibit #2 (pg. 3 of 6)

Exhibit #2 (pg. 4 of 6)

Page 2
OLS Loan No.: 7141061403
April 14, 2016

Sayyed Hasan Ali
Consumer Account Analyst
Office of the Consumer Ombudsman
Ocwen Loan Servicing, LLC
NMLS#1852

Enclosure

Copy:   Ryan Justin Mcdonald and Shay Marie Mcdonald

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Exhibit #2 (pg. 5 of 6)

| Due date | Due Amt | Received date | Received amount |
|---|---|---|---|
| 1/1/2011 | $ 1,637.91 | 8/24/2011 | $ 1,637.91 |
| 2/1/2011 | $ 1,637.91 | 9/29/2011 | $ 1,637.91 |
| 3/1/2011 | $ 1,629.86 | 10/31/2011 | $ 1,629.86 |
| 4/1/2011 | $ 1,637.91 | 11/30/2011 | $ 1,637.91 |
| 5/1/2011 | $ 1,629.86 | 12/30/2011 | $ 1,629.86 |
| 6/1/2011 | $ 1,629.86 | 2/3/2012 | $ 1,627.70 |
| 7/1/2011 | $ 1,629.86 | 3/1/2012 | $ 1,629.86 |
| 8/1/2011 | $ 1,158.23 | 3/31/2012 | $ 1,629.86 |
| 9/1/2011 | $ 1,629.86 | 5/4/2012 | $ 1,629.86 |
| 10/1/2011 | $ 1,629.86 | 6/1/2012 | $ 471.63 |
| 11/1/2011 | $ 471.63 | 6/30/2012 | $ 1,158.23 |
| 12/1/2011 | $ 1,158.23 | 8/17/2012 | $ 1,629.86 |
| 1/1/2012 | $ 1,629.86 | 10/5/2012 | $ 1,629.86 |
| 2/1/2012 | $ 1,629.86 | 11/8/2012 | $ 1,629.86 |
| 3/1/2012 | $ 1,629.86 | 1/9/2013 | $ 1,629.86 |
| 4/1/2012 | $ 1,629.86 | 1/9/2013 | $ 1,629.86 |
| 5/1/2012 | $ 1,629.86 | 1/17/2013 | $ 1,629.86 |
| 6/1/2012 | $ 1,629.86 | 2/19/2013 | $ 1,689.63 |
| 7/1/2012 | $ 1,629.86 | 3/22/2013 | $ 1,660.00 |
| 8/1/2012 | $ 1,629.86 | 5/6/2013 | $ 1,629.86 |
| 9/1/2012 | $ 1,659.63 | 6/6/2013 | $ 1,650.00 |
| 10/1/2012 | $ 1,659.63 | 7/16/2013 | $ 1,650.00 |
| 11/1/2012 | $ 1,659.63 | 8/13/2013 | $ 1,650.00 |
| 12/1/2012 | $ 1,659.63 | 9/24/2013 | $ 1,660.00 |
| 1/1/2013 | $ 1,659.63 | 11/19/2013 | $ 1,850.00 |
| 2/1/2013 | $ 1,659.63 | 1/14/2014 | $ 1,700.00 |
| 3/1/2013 | $ 1,659.63 | 3/6/2014 | $ 1,700.00 |
| 4/1/2013 | $ 1,659.63 | 3/13/2014 | $ 1,700.00 |
| 5/1/2013 | $ 1,659.63 | 5/30/2014 | $ 1,700.00 |
| 6/1/2013 | $ 1,659.63 | 7/15/2014 | $ 1,700.00 |
| 7/1/2013 | $ 1,659.63 | 9/11/2014 | $ 1,700.00 |
| 8/1/2013 | $ 1,659.63 | 9/23/2014 | $ 1,700.00 |
| 9/1/2013 | $ 1,659.63 | 10/9/2014 | $ 1,700.00 |
| 10/1/2013 | $ 1,659.63 | 11/19/2014 | $ 1,800.00 |
| 11/1/2013 | $ 1,659.63 | 12/3/2014 | $ 1,800.00 |
| 12/1/2013 | $ 1,659.63 | 3/10/2015 | $ 3,300.00 |
| 1/1/2014 | $ 1,659.63 | 4/8/2015 | $ 1,500.00 |
| 2/1/2014 | $ 1,659.63 | 4/24/2015 | $ 1,700.00 |
| 3/1/2014 | $ 1,659.63 | 6/5/2015 | $ 1,700.00 |
| 4/1/2014 | $ 1,659.63 | 8/19/2015 | $ 1,660.00 |
| 5/1/2014 | $ 1,659.63 | 8/20/2015 | $ 1,670.00 |
| 6/1/2014 | $ 1,659.63 | 8/24/2015 | $ 1,598.54 |
| 7/1/2014 | $ 1,659.63 | 9/18/2015 | $ 799.27 |
| 8/1/2014 | $ 1,659.63 | 9/25/2015 | $ 1,670.00 |
| 9/1/2014 | $ 1,659.63 | 10/28/2015 | $ 1,670.00 |
| 10/1/2014 | $ 1,659.63 | 10/30/2015 | $ 799.00 |

Exhibit #2 (pg. 5 of 6)

Exhibit #2 (pg. 6 of 6)

| | | | | |
|---|---|---|---|---|
| 11/1/2014 | $ 1,659.63 | 1/20/2016 | $ | 1,670.00 |
| 12/1/2014 | $ 1,659.63 | 4/4/2016 | $ | 1,445.87 |
| 1/1/2015 | | | | |

Exhibit #2 (pg. 6 of 6)

Case 11-35180-pcm13   Doc 224   Filed 11/02/17

Exhibit #3 (pg. 1 of 2)



a Walter company

Ditech Financial, LLC
Attention: T120
7360 South Kyrene Road
Tempe, AZ 85283-4583

+ 0600681 000020643 9GALD 0065390
RYAN MCDONALD
C/O ALEXZANDER C J ADAMS
14705 SW MILLIKAN WAY
BEAVERTON OR 97003-2388

1/11/2016

**IMPORTANT**
**You may be eligible for loss**
**mitigation assistance.**
**Please call us at**
**1-877-835-6465**
**as soon as possible to see if you**
**qualify.**

Re:   Ditech Financial, LLC ("Ditech") Account No. 82579042-1
       Customer Name:   RYAN MCDONALD
       Property Address:   8080 SW BERRY HILL CT
                                    BEAVERTON, OR 97008



**IF YOU ARE IN BANKRUPTCY OR IF YOUR OBLIGATION TO REPAY THIS ACCOUNT WAS
DISCHARGED IN BANKRUPTCY, THIS NOTICE IS INFORMATIONAL ONLY. IT IS NOT AN
ATTEMPT TO COLLECT THE DEBT. YOU MAY DISREGARD INFORMATION PERTAINING TO
PAYMENT REMITTANCE. YOU ARE NOT OBLIGATED TO MAKE PAYMENTS AND ANY
AMOUNT(S) YOU DO PAY DITECH IS AT YOUR DISCRETION.**

DEAR RYAN MCDONALD:

There may be help available if you are having difficulty making your mortgage payments. Ditech offers different home
preservation and loss mitigation options. We have programs that may be available to you, such as a settlement,
payment plan, or short sale. Please contact us at 1-877-835-6465 to discuss options that may be available to you.

**WE ARE HERE TO OFFER ASSISTANCE IF YOU ARE INTERESTED IN EXPLORING WHETHER YOU QUALIFY
FOR A LOSS MITIGATION OPTION. NOW IS THE TIME TO ACT. WE ARE READY TO HELP YOU.**

The following loss mitigation options may be available to you:

- Settlement
- Payment Plan
- Short Sale

**You may not qualify for a loss mitigation option and not all accounts may be eligible for each of the listed
loss mitigation options. Qualification requirements vary based upon investor guidelines, which may take
into consideration your current financial situation and any prior loss mitigation assistance you may have
received.**

If you wish to discuss your account or have any other questions, please contact us at 1-877-835-6465. Ditech has
designated the following address where mortgage loan customers must send any Qualified Written Request, Notice
of Error or Request for Information: Ditech Financial, LLC PO Box 6176, Rapid City, SD 57709-6176.

Exhibit #3 (pg. 1 of 2)

Home Preservation Solicitation, 10/12/2015

Case 11-35180-pcm13    Doc 224    Filed 11/02/17

00190

Exhibit #3 (pg. 2 of 2)



Ditech Financial, LLC
Attention: T120
7360 South Kyrene Road
Tempe, AZ 85283-4583

+ 0600681 000020642 96ALD 0065390
SHAY MCDONALD
C/O ALEXZANDER C J ADAMS
14705 SW MILLIKAN WAY
BEAVERTON OR 97003-2388

1/11/2016

**IMPORTANT**
**You may be eligible for loss**
**mitigation assistance.**
**Please call us at**
**1-877-835-6465**
**as soon as possible to see if you**
**qualify.**

Re:   Ditech Financial, LLC ("Ditech") Account No. 82579042-1
     Customer Name:     SHAY MCDONALD
     Property Address:   8080 SW BERRY HILL CT
                        BEAVERTON, OR 97008

**IF YOU ARE IN BANKRUPTCY OR IF YOUR OBLIGATION TO REPAY THIS ACCOUNT WAS
DISCHARGED IN BANKRUPTCY, THIS NOTICE IS INFORMATIONAL ONLY. IT IS NOT AN
ATTEMPT TO COLLECT THE DEBT. YOU MAY DISREGARD INFORMATION PERTAINING TO
PAYMENT REMITTANCE. YOU ARE NOT OBLIGATED TO MAKE PAYMENTS AND ANY
AMOUNT(S) YOU DO PAY DITECH IS AT YOUR DISCRETION.**

DEAR SHAY MCDONALD:

There may be help available if you are having difficulty making your mortgage payments. Ditech offers different home
preservation and loss mitigation options. We have programs that may be available to you, such as a settlement,
payment plan, or short sale. Please contact us at 1-877-835-6465 to discuss options that may be available to you.

**WE ARE HERE TO OFFER ASSISTANCE IF YOU ARE INTERESTED IN EXPLORING WHETHER YOU QUALIFY
FOR A LOSS MITIGATION OPTION. NOW IS THE TIME TO ACT. WE ARE READY TO HELP YOU.**

The following loss mitigation options may be available to you:

- Settlement
- Payment Plan
- Short Sale

**You may not qualify for a loss mitigation option and not all accounts may be eligible for each of the listed
loss mitigation options. Qualification requirements vary based upon investor guidelines, which may take
into consideration your current financial situation and any prior loss mitigation assistance you may have
received.**

If you wish to discuss your account or have any other questions, please contact us at 1-877-835-6465. Ditech has
designated the following address where mortgage loan customers must send any Qualified Written Request, Notice
of Error or Request for Information: Ditech Financial, LLC PO Box 6176, Rapid City, SD 57709-6176.

Exhibit #3 (pg. 2 of 2)

Home Preservation Solicitation, 10/12/2015

Case 11-35180-pcm13    Doc 224    Filed 11/02/17

00190

Exhibit #4 (pg. 1 of 1)



# STATE OF OREGON
# FORECLOSURE AVOIDANCE PROGRAM

### Notice of Resolution Conference

Ryan Justin McDonald
8080 SW Berry Hill Court
Beaverton, OR 97008

5/18/2016

*El propósito de esta carta es para ayudarle a evitar el embargo hipotecario. Si usted habla Español, por favor llame (855) 658-6733 para informarle de su opciones y como puede evitar el embargo de su casa.*

Before starting the foreclosure process, a new Oregon law (Or Laws 2013, ch.304) requires your lender to meet with you in person to help you avoid foreclosure. If you reach an agreement, you and your lender will sign the agreement at the meeting. This meeting is called a resolution conference and is conducted by a neutral person trained in mediation and foreclosure issues.

As required by law, **Ocwen Loan Servicing** has requested a resolution conference with you. The resolution conference will take place on a date between 7/7/2016 and 8/1/2016.

In order to participate, you must follow the steps and timelines listed below. If you do not, your case will be closed, and your lender will receive a Certificate of Compliance and may start foreclosure without further delay.

**If you need help at any time, call the service provider, Mediation Case Manager, toll-free at (855) 658-6733** or visit the website at www.ForeclosureMediationOR.org for more information.

| RESOLUTION CONFERENCE DATE, LOCATION, AND TIMELINES | |
|---|---|
| Date Range of the Resolution Conference: | 7/7/2016 to 8/1/2016 |
| Location of the Resolution Conference: | Beaverton Dispute Resolution Center 4755 SW Griffith Drive Suite 360, 3rd Floor Beaverton, OR 97005 |
| Case Number: | BI-160509-6046 |
| Unique Passcode to Access Your Case Online (Go to www.ForeclosureMediationOR.org) | dmxWx62J |

MCM001 (rev.8-26-2014)

4

Exhibit #4 (pg. 1 of 1)          Case 11-35180-pcm13     Doc 224     Filed 11/02/17



O C W E N
Exhibit #5 (pg. 1 of 2)

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

4/4/16 10:12 AM 3  0037535 20160407 LO6G9110 OCWSTM1 1 of 2 DOM LO6G910000* 149951 MS



RYAN JUSTIN MCDONALD
SHAY MARIE MCDONALD
8080 SW BERRYHILL CT
BEAVERTON OR 97008-6950

| | |
|---|---|
| Property Address | 8080 SW Berryhill Ct |
| | Beaverton, OR 97008-6950 |

| | |
|---|---|
| Statement Date | 04/06/16 |
| Account Number | 7141061403 |
| Trial Modification Plan Due Date | 05/01/16 |
| **Trial Modification Plan Amount Due** | **$1,445.87** |

| | |
|---|---|
| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---|
| Principal Balance* | $273,514.34 |
| Escrow Balance | -$3,666.91 |
| Maturity Date | April 1, 2036 |
| Interest Rate (until August 1, 2016) | 2.00000% |
| Prepayment Penalty | No |

* This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $792.99 |
| Interest | $650.85 |
| Escrow | $702.89 |
| **Total Regular Payment** | **$2,146.73** |
| Past Due Payment(s) Amount | $35,292.95 |
| Unapplied Funds** | -$1,365.27 |
| **Total Amount Due** | **$36,074.41** |
| *Alternative Payment – Trial Modification* | |
| Trial Modification Plan Payment | $1,445.87 |
| **Trial Modification Plan Amount Due****** | **$1,445.87** |

### Activity Since Last Statement (03/17/16 to 04/06/16)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **How Payments & Charges were Applied** | | | | | | |
| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/ Other | *Unapplied Funds* |
| 04/05/16 | 04/04/16 | Forbearance Payment | $1445.87 | | | | | | | $1445.87 |
| 04/05/16 | 04/04/16 | Payment | $0.00 | $856.10 | $457.28 | $346.25 | | | | -$1659.63 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $856.10 | $1,710.77 |
| Interest | $457.28 | $915.99 |
| Escrow (Taxes & Insurance) | $346.25 | $692.50 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | -$213.76 | $1,365.27 |
| Total | $1,445.87 | $4,684.53 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
**** You have entered into a Trial Modification Plan and Ocwen has agreed to accept the Trial Modification Plan Payment during the term of the Trial Modification Plan. Failure to make all Trial Modification Plan Payments may prevent you from receiving a permanent modification. If you have missed a prior Trial Modification Plan Payment, please submit it with this month's payment.
Your account has been approved for review of a modification. Your trial installment due is 05/01/2016 in the amount of $1,445.87.
If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with Ashlee R Stutler, your relationship manager, or schedule an appointment at www.ocwencustomers.com.

**See reverse side for important information and state specific disclosures.**



O C W E N

#### Payment Coupon

| | |
|---|---|
| **Trial Modification Plan Amount Due** | $1,445.87 |
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| Total Enclosed | |

Note: If the loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

If this payment is made via automatic drafting, this statement is for informational purposes only.

Ryan Justin Mcdonald
Account Number: 7141061403

OCWEN LOAN SERVICING, LLC
PO BOX 660264
DALLAS TX 75266-0264

Exhibit #5 (pg. 1 of 2)

1  00001445873 44511610101441 00000224 10101010 701445873

Exhibit #5 (pg. 2 of 2)

Visit our website 24 hours a day at www.ocwencustomers.com

## Important Phone Numbers and Hours

Our automated telephone service will help you get fast and confidential answers to your questions. Be sure to have the Ocwen account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available to assist you during the following hours:

Customer Care Center: 800-746-2936 Monday-Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET
Bankruptcy Customer Care Center: 888-554-6599 Monday-Friday: 8:00 am to 9:00 pm ET
Homeowners Insurance: 866-317-7661 Monday-Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET

Special Number for the Hearing Impaired: 800-735-2943

## Payment and Correspondence Addresses

**Inquiries** — General inquiries/correspondence should be mailed separately from any account payments:

**Research Department\*\***
PO Box 24736
West Palm Beach, FL 33416-4736

**Regular Payments\***
PO Box 660264
Dallas, TX 75266-0264

**HELOC Closure Requests**
PO Box 24642
West Palm Beach, FL 33416-4642

**Express Payments**
Ocwen Loan Servicing, LLC - Box #660264
1010 W. Mockingbird Ln., Suite 100
Dallas, TX 75247

**Insurance Department**
PO Box 659826
San Antonio, TX 78265-9126

**Insurance Claims**
PO Box 630497
Irving, TX 75063-9404

**Tax Bills**
PO Box 24665
West Palm Beach, FL 33416-4665

*Please address all correspondence to Ocwen Loan Servicing, LLC to the attention of the appropriate department. Be sure to include the Ocwen account number, name and property address.*

\* All checks should be made payable to Ocwen Loan Servicing, LLC. Do not send correspondence with any payment and ensure that the Ocwen account number, name and property address are written on the front of the check or money order.

\*\* This address must be used for all qualified written requests, notices of error, and/or requests for information.

## Ocwen Fee Structure*

| Loan Documents | | Payments | |
|---|---|---|---|
| Collateral (Mortgage, Note and Riders) | FREE | Website - (pay before or within 10 days of due date) | FREE |
| Individual documents | FREE | Website - (pay 10 days or more after due date) | up to $10.00 |
| Payment History (free on www.ocwencustomers.com) | up to $5.00 | Automated Phone System | up to $12.00 |
| Verification of Mortgage (free on www.ocwencustomers.com) | up to $10.00 | Agent Assistance | up to $19.50 |
| Amortization Schedule | FREE | Returned Check Fee | up to $40.00 |

* These fees are subject to change and may not apply in all instances, depending upon applicable state laws.

## Convenient Payment Options

**Online Payment Services** — Pay mortgage bills and view mortgage account statements online! To get started simply register for Account Access at www.ocwencustomers.com, log-in, and follow the enrollment instructions.

**ACH (Automated Payments)** — Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from a designated bank account on a monthly basis saving time and money, or as a one-time draft, that is free if drafted within ten days of the due date.

**Pay by Phone** — For information to use this quick and convenient service call the Customer Care number listed above. Please have the bank routing number and bank account number available. Fees may apply.

**Pay via Western Union® Quick Collect®** — To use this payment option, find the nearest location by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". The city code is "Ocwen" and the state is "FL". All payments should be made to "OCWEN" and provide the loan number.

**Pay via MoneyGram® and Express Payments®** — To find the nearest location, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with the loan number, Receive Code 2355, the Company Name "OCWEN", the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and Express Payment® are registered marks of MoneyGram Payment Systems, Inc.

## Important Information

**Important Notice** — This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

**Payment Processing** — Payments received by 9:00 AM local time will be applied the same day as received.

**Electronic Debit** — When a check is provided as payment, we are authorized by the payor of the check either to use information from the check to make a one-time electronic funds transfer from the designated account or to process the payment as a check transaction. When we use information from the check to make an electronic funds transfer, funds may be withdrawn from the designated account as soon as the same day the payment is received, and you will not receive the check back from the designated financial institution.

**Important Credit Reporting Notification** — We may report information about the account to credit bureaus. Late payments, missed payments, or other defaults on the account may be reflected in your credit report.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Optional Products" will not cause the mortgage account to be in default. Please call the Customer Care number listed above if you have any questions or to cancel the Optional Product enrollment.

**Housing Counselor Information** — If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organization in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

## Important Bankruptcy Information

If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, PO Box 24781, West Palm Beach, FL 33416-4781.

## State Disclosures

**California Property Owners** — Additional accountings can be requested pursuant to Section 2954 of the California Civil Code.

**New York Property Owners** — As the mortgage servicer, we are registered with the New York Department of Financial Services. You may file complaints about us with the New York Department of Financial Services. You may also obtain additional information from the New York Department of Financial Services by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Texas Property Owners** — COMPLAINTS REGARDING THE SERVICING OF THIS MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website at www.sml.texas.gov or obtained from the Department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Colorado Property Owners** — **Important Notice for Customers in Colorado** — Ocwen Loan Servicing, LLC maintains an office in Denver, Colorado that accepts in-person payments. For other account inquiries, please call us at (800) 746-2936 or visit our website www.ocwencustomers.com.

Address: 1776 S. Jackson Street, #900
Denver, Colorado 80210
Telephone: (303) 327-8955



NMLS #: 1852        NC Permit #: 3946

Exhibit #5 (pg. 2 of 2)

Case 11-35180-pcm13    Doc 224    Filed 11/02/17



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

---

02/02/2016

Loan Number: 7141061403

Ryan Justin Mcdonald
Shay Marie Mcdonald
8080 Sw Berry Hill Ct
Beaverton, OR 97008

Property Address: 8080 Sw Berry Hill Ct
Beaverton, OR 97008
Requestor Fax Number: 8885885410

Dear Noah Bishop,

Our company has recently received a request for information on the above referenced loan, which is enclosed for your review.

Sincerely,
Ocwen Loan Servicing, LLC

---

NMLS # 1852                                                                                    PAYHISTWFDF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 7

Exhibit #6 (pg. 1 of 7 )          Case 11-35180-pcm13   Doc 224   Filed 11/02/17

Loan#: 714061403

Customer Name(s):   Ryan Justin Mcdonald
Shay Marie Mcdonald

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | 01/21/2013 | Bankruptcy Escrow Adjustment | $0.00 | | | | | | -$1,516.11 | $0.00 | | $0.00 | $0.00 |
| | | | 02/01/2013 | Loan Disbursement | -$298,709.90 | -$299,401.49 | | $0.00 | $0.00 | $0.00 | $0.00 | $2,207.70 | $299,401.49 | $0.00 | $6,623.10 |
| | | 02/01/2013 | | Escrow Account Adjustment | -$1,272.55 | $0.00 | $0.00 | -$1,272.55 | $0.00 | $0.00 | $0.00 | $0.00 | $299,401.49 | -$1,272.55 | $2,207.70 |
| | | | 02/19/2013 | Late Charge - Alt Payment Plan | -$262.68 | | $0.00 | $0.00 | $0.00 | $0.00 | -$262.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 02/19/2013 | | Suspense Transfer | -$1,689.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,689.63 | $299,401.49 | -$1,272.55 | $518.07 |
| | | 02/19/2013 | | Suspense Transfer | $1,689.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,689.63 | $299,401.49 | -$1,272.55 | $2,207.70 |
| | | 02/21/2013 | | Payment | $0.00 | $0.00 | $499.00 | $316.48 | $0.00 | $0.00 | $0.00 | -$1,629.86 | $299,401.49 | -$956.07 | $577.84 |
| | 06/01/2012 | 02/21/2013 | | Payment | $0.00 | $814.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $298,587.11 | -$956.07 | $577.84 |
| | | 03/07/2013 | | Pre Petition Payment | $290.00 | $0.00 | $0.00 | $290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $298,587.11 | -$666.07 | $577.84 |
| | | | 03/14/2013 | Insurance Disbursement - AMERICAN FAMILY INSURANCE | -$765.00 | $0.00 | $0.00 | -$765.00 | $0.00 | $0.00 | $0.00 | $0.00 | $298,587.11 | -$1,431.07 | $607.98 |
| 10966157 | | 03/22/2013 | | Payment | $1,660.00 | $0.00 | $497.65 | $316.48 | $0.00 | $0.00 | $0.00 | $30.14 | $298,587.11 | -$1,114.59 | $607.98 |
| 308799 | 07/01/2012 | 03/22/2013 | | Payment | $0.00 | $815.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297,771.38 | -$1,114.59 | $607.98 |
| | | 04/03/2013 | | Pre Petition Payment | $263.07 | $0.00 | $0.00 | $263.07 | $0.00 | $0.00 | $0.00 | $0.00 | $297,771.38 | -$851.52 | $607.98 |
| 11282464 | | 05/06/2013 | | Payment | $1,629.86 | $0.00 | $496.29 | $316.48 | $0.00 | $0.00 | $0.00 | $0.00 | $297,771.38 | -$535.04 | $607.98 |
| | 08/01/2012 | 05/06/2013 | | Payment | $0.00 | $817.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $296,954.29 | -$535.04 | $607.98 |
| 311078 | | 05/06/2013 | | Pre Petition Payment | $316.93 | $0.00 | $0.00 | $316.93 | $0.00 | $0.00 | $0.00 | $0.00 | $296,954.29 | -$218.11 | $607.98 |
| 313357 | | 06/06/2013 | | Pre Petition Payment | $290.00 | $0.00 | $0.00 | $290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $296,954.29 | $71.89 | $607.98 |
| | | 06/06/2013 | | Payment | $1,650.00 | $0.00 | | $346.25 | $0.00 | $0.00 | $0.00 | -$9.63 | $296,954.29 | $418.14 | $598.35 |

NMLS # 1852

PAYHISTWFDF

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09/01/2012 | 06/06/2013 | | Payment | $0.00 | $818.46 | $494.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $296,135.83 | $418.14 | $598.35 |
| | | 07/02/2013 | | Late Charge - Alt Payment Plan | $27.45 | $0.00 | $0.00 | $0.00 | $0.00 | $27.45 | $0.00 | $0.00 | $296,135.83 | $418.14 | $598.35 |
| 3156623 | | 07/02/2013 | | Pre Petition Payment | $290.00 | $0.00 | $0.00 | $112.55 | $0.00 | $27.45 | $0.00 | $150.00 | $296,135.83 | $530.69 | $748.35 |
| | | 07/16/2013 | | Payment | $1,650.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | -$9.63 | $296,135.83 | $876.94 | $738.72 |
| | 10/01/2012 | 07/16/2013 | | Payment | $0.00 | $819.82 | $493.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $295,316.01 | $876.94 | $738.72 |
| | | 08/05/2013 | | Late Charge - Alt Payment Plan | $235.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $235.23 | $0.00 | $295,316.01 | $876.94 | $738.72 |
| 317906 | | 08/05/2013 | | Pre Petition Payment | $290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $235.23 | $0.00 | $54.77 | $295,316.01 | $876.94 | $793.49 |
| | | 08/13/2013 | | Payment | $1,650.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | -$9.63 | $295,316.01 | $1,223.19 | $783.86 |
| | 11/01/2012 | 08/13/2013 | | Payment | $0.00 | $821.19 | $492.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $294,494.82 | $1,223.19 | $783.86 |
| 320187 | | 09/05/2013 | | Pre Petition Payment | $152.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $152.00 | $294,494.82 | $1,223.19 | $935.86 |
| | | 09/24/2013 | | Payment | $1,660.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $0.37 | $294,494.82 | $1,569.44 | $936.23 |
| | 12/01/2012 | 09/24/2013 | | Payment | $0.00 | $822.56 | $490.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $293,672.26 | $1,569.44 | $936.23 |
| | | | 10/25/2013 | Tax Disbursement- WASHINGTON COUNTY | -$3,666.85 | $0.00 | $0.00 | -$3,665.85 | $0.00 | $0.00 | $0.00 | $0.00 | $293,672.26 | -$2,096.41 | $936.23 |
| | | 11/19/2013 | | Payment | $1,850.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $190.37 | $293,672.26 | $1,750.16 | $1,126.60 |
| | 01/01/2013 | 11/19/2013 | | Payment | $0.00 | $823.93 | $489.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $292,848.33 | $1,750.16 | $1,126.60 |
| | | 01/14/2014 | | Payment | $1,700.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $40.37 | $292,848.33 | $1,403.91 | $1,166.97 |
| | 02/01/2013 | 01/14/2014 | | Payment | $0.00 | $825.30 | $488.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $292,023.03 | $1,403.91 | $1,166.97 |
| | | 02/13/2014 | | Suspense Transfer | -$874.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$874.84 | $292,023.03 | $1,403.91 | $292.13 |
| | | 02/13/2014 | | Suspense Transfer | $874.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $874.84 | $292,023.03 | $1,403.91 | $1,166.97 |
| | | | 02/13/2014 | Insurance Disbursement -LIBERTY MUTUAL INS CO | -$664.00 | $0.00 | $0.00 | -$664.00 | $0.00 | $0.00 | $0.00 | $0.00 | $292,023.03 | $2,067.91 | $1,166.97 |
| | | | 02/13/2014 | Notice of Default Cancellation | -$50.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$50.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 03/06/2014 | | Payment | $1,700.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $40.37 | $292,023.03 | $1,721.66 | $1,207.34 |
| | 03/01/2013 | 03/06/2014 | | Payment | $0.00 | $826.67 | $486.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $291,196.36 | $1,721.66 | $1,207.34 |
| | | 03/13/2014 | | Payment | $1,700.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $40.37 | $291,196.36 | $1,375.41 | $1,247.71 |
| | 04/01/2013 | 03/13/2014 | | Payment | $0.00 | $828.05 | $485.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $290,368.31 | $1,375.41 | $1,247.71 |
| | | 05/09/2014 | | Payment | $1,700.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $40.37 | $290,368.31 | $1,039.16 | $1,288.08 |

NMLS # 1852

PAYHISTWFDF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 3 of 7

| Check /Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/01/2013 | 05/09/2014 | | Payment | $0.00 | $829.43 | $469.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $289,539.88 | -$1,029.16 | $1,286.08 |
| | | 07/15/2014 | | Payment | $1,700.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $40.37 | $289,539.88 | -$682.91 | $1,328.45 |
| | 06/01/2013 | 07/15/2014 | | Payment | $0.00 | $830.82 | $482.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $288,708.06 | -$682.91 | $1,328.45 |
| | | | 07/29/2014 | Motion for Relief | -$200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $288,708.06 | $0.00 | $0.00 |
| | 07/01/2013 | 09/11/2014 | | Payment | $1,700.00 | $0.00 | $481.18 | $346.25 | $0.00 | $0.00 | $0.00 | $40.37 | $288,708.06 | -$336.66 | $1,368.82 |
| | | 09/11/2014 | | Payment | $0.00 | $832.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $287,875.86 | -$336.66 | $1,368.82 |
| | 08/01/2013 | 09/23/2014 | | Payment | $1,700.00 | $0.00 | $479.79 | $346.25 | $0.00 | $0.00 | $0.00 | $40.37 | $287,875.86 | $9.59 | $1,409.19 |
| | | 09/23/2014 | | Payment | $0.00 | $833.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $287,042.27 | $9.59 | $1,409.19 |
| | 09/01/2013 | 10/9/2013 | | Payment | $1,700.00 | $0.00 | $478.40 | $346.25 | $0.00 | $0.00 | $0.00 | $40.37 | $287,042.27 | $355.84 | $1,449.56 |
| | | 10/9/2013 | | Payment | $0.00 | $834.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $286,207.29 | $355.84 | $1,449.56 |
| | | | 10/24/2014 | Tax Disbursement- WASHINGTON COUNTY | -$3,768.01 | $0.00 | $0.00 | -$3,768.01 | $0.00 | $0.00 | $0.00 | $0.00 | $286,207.29 | -$3,412.17 | $1,449.56 |
| | | 11/19/2014 | | Payment | $1,800.00 | $0.00 | $477.01 | $346.25 | $0.00 | $0.00 | $0.00 | $140.37 | $286,207.29 | -$3,065.92 | $1,589.93 |
| | 10/01/2013 | 11/19/2014 | 11/21/2014 | Adversary Proceeding | $0.00 | $836.37 | $0.00 | $0.00 | $0.00 | $0.00 | -$792.50 | $0.00 | $285,370.92 | -$3,065.92 | $1,589.93 |
| | | 12/03/2014 | | Payment | $140.37 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | -$1,519.26 | $285,370.92 | $2,719.67 | $0.00 |
| | | 12/03/2014 | | Payment | $0.00 | $837.76 | $475.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $284,533.16 | $2,719.67 | $70.67 |
| | 11/01/2013 | 12/03/2014 | | Payment | $1,659.63 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $0.00 | $284,533.16 | -$2,373.42 | $70.67 |
| | 12/01/2013 | 12/03/2014 | | Payment | $0.00 | $839.16 | $474.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $283,694.00 | -$2,373.42 | $70.67 |
| | | | 12/11/2014 | Adversary Proceeding | -$123.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$123.75 | $0.00 | $283,694.00 | $0.00 | $70.67 |
| | | | 01/21/2015 | Insurance Disbursement -LIBERTY MUTUAL INS CO | -$747.00 | $0.00 | $0.00 | $747.00 | $0.00 | $0.00 | $0.00 | $0.00 | $283,694.00 | -$3,120.42 | $0.00 |
| | | | 02/25/2015 | Adversary Proceeding | -$1,222.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,222.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 03/10/2015 | | Payment | $1,640.37 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | -$19.26 | $283,694.00 | -$2,774.17 | $51.41 |
| | 01/01/2015 | 03/10/2015 | | Payment | $0.00 | $840.56 | $472.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $283,694.00 | -$2,774.17 | $51.41 |
| | | 03/10/2015 | | Payment | $1,659.63 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $0.00 | $282,853.44 | -$2,427.92 | $51.41 |
| | 02/01/2014 | 03/10/2015 | | Payment | $0.00 | $841.96 | $471.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $282,011.48 | -$2,427.92 | $51.41 |
| SEE COMMENT | | 04/08/2015 | | Suspense Payment | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $282,011.48 | -$2,427.92 | $1,551.41 |
| | | | 04/24/2015 | Adversary Proceeding | -$732.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$732.50 | $0.00 | $282,011.48 | $0.00 | $0.00 |
| | | 04/24/2015 | | Payment | $1,700.00 | $0.00 | $0.00 | $346.25 | $0.00 | $0.00 | $0.00 | $40.37 | $282,011.48 | -$2,081.67 | $1,591.78 |

NMLS # 1852

PAYHISTWFDF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 4 of 7

Exhibit #6 (pg. 4 of 7)    Case 11-35180-pcm13    Doc 224    Filed 11/02/17

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 03/01/2014 | 04/24/2015 | | Payment | $0.00 | $843.36 | $470.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $281,168.12 | $2,081.67 | $1,591.78 |
| | | | 04/28/2015 | Property Inspection Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 05/15/2015 | Transaction History Fee | -$5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 05/21/2015 | Adversary Proceeding | -$432.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$432.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 04/01/2014 | 06/05/2015 | | Payment | $67.85 | $0.00 | $468.61 | $346.25 | $0.00 | $0.00 | $0.00 | -$1,591.78 | $281,168.12 | $1,735.42 | $0.00 |
| | | 06/05/2015 | | Payment | $0.00 | $844.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $280,323.35 | $1,735.42 | $0.00 |
| | 05/01/2014 | 06/05/2015 | | Payment | $1,632.15 | $846.17 | $467.21 | $318.77 | $0.00 | $0.00 | $0.00 | $0.00 | $279,477.18 | $1,416.65 | $0.00 |
| | | | 08/17/2015 | Bankruptcy Escrow Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $279,477.18 | $1,416.65 | $0.00 |
| | | 08/19/2015 | | Payment | $1,660.00 | $0.00 | $465.80 | $346.25 | $0.00 | $0.00 | $0.00 | $0.37 | $279,477.18 | $1,416.65 | $0.37 |
| | 06/01/2014 | 08/19/2015 | | Payment | $0.00 | $847.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $278,629.60 | $1,070.40 | $0.37 |
| | | 08/20/2015 | | Payment | $1,670.00 | $849.00 | $464.38 | $346.25 | $0.00 | $0.00 | $0.00 | $10.37 | $277,780.60 | $1,070.40 | $10.74 |
| | 07/01/2014 | 08/20/2015 | | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $277,780.60 | -$724.15 | $10.74 |
| 0003107 | | 08/24/2015 | | Suspense Payment | $1,598.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,598.54 | $277,780.60 | -$724.15 | $1,609.28 |
| 000234 | | 09/18/2015 | | Payment | $799.27 | $850.41 | $462.97 | $346.25 | $0.00 | $0.00 | $0.00 | -$860.36 | $276,930.19 | -$377.90 | $748.92 |
| | 08/01/2014 | 09/18/2015 | | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $276,930.19 | -$377.90 | $748.92 |
| | | 09/25/2015 | | Payment | $1,670.00 | $851.83 | $461.55 | $346.25 | $0.00 | $0.00 | $0.00 | $10.37 | $276,078.36 | -$31.65 | $759.29 |
| | 09/01/2014 | 09/25/2015 | | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $276,078.36 | -$31.65 | $759.29 |
| | | 10/28/2015 | | Payment | $1,670.00 | $853.25 | $460.13 | $346.25 | $0.00 | $0.00 | $0.00 | $10.37 | $275,225.11 | $314.60 | $769.66 |
| | 10/01/2014 | 10/28/2015 | | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $275,225.11 | $314.60 | $769.66 |
| 0001149 | | 10/30/2015 | | Suspense Payment | $799.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $799.00 | $275,225.11 | $314.60 | $1,568.66 |
| | | | 11/03/2015 | Tax Disbursement-WASHINGTON COUNTY | -$3,850.01 | $0.00 | $0.00 | -$3,850.01 | $0.00 | $0.00 | $0.00 | $0.00 | $275,225.11 | -$3,535.41 | $1,568.66 |
| | | 12/18/2015 | | Adversary Proceeding | $123.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $123.75 | $0.00 | $275,225.11 | -$3,535.41 | $1,568.66 |
| | | 12/18/2015 | | Adversary Proceeding | $792.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $792.50 | $0.00 | $275,225.11 | -$3,535.41 | $1,568.66 |
| | | 12/18/2015 | | Motion for Relief | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $275,225.11 | -$3,535.41 | $1,568.66 |
| | | 12/18/2015 | | Prior Servicer Fees | $1,516.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,516.11 | $0.00 | $275,225.11 | -$3,535.41 | $1,568.66 |
| | | 12/22/2015 | | Adversary Proceeding | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $275,225.11 | -$3,535.41 | $1,568.66 |

NMLS # 1852

PAYHISTWFDF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

| Check / Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12/22/2015 | | Notice of Default Cancellation | $50.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.50 | $0.00 | $275,225.11 | -$3,535.41 | $1,568.66 |
| | | | 01/05/2016 | Insurance Disbursement -LIBERTY INS CORP | -$824.00 | $0.00 | $0.00 | -$824.00 | $0.00 | $0.00 | $0.00 | $0.00 | $275,225.11 | -$4,359.41 | $1,568.66 |
| | | | 01/11/2016 | Bankruptcy Escrow Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $275,225.11 | -$4,359.41 | $1,568.66 |
| | | | 01/14/2016 | Certified Mail Cost | -$6.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$6.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 01/01/2016 | | | Late Charge Assessment | -$72.19 | $0.00 | $0.00 | $0.00 | $0.00 | -$72.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 11/01/2014 | 01/20/2016 | | Payment | $1,670.00 | $854.67 | $458.71 | $346.25 | $0.00 | $0.00 | $0.00 | $10.37 | $274,370.44 | -$4,013.16 | $1,579.03 |
| | | | 01/26/2016 | Certified Mail Cost | -$6.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$6.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Ending Balance | | | | | | $190.49 | -$2,405.56 | | | | |

NMLS # 1852

PAYHISTWFDF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 6 of 7

Exhibit #6 (pg. 6 of 7)          Case 11-35180-pcm13    Doc 224    Filed 11/02/17



OCWEN

# Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| Item | When Charged | Item | When Charged |
|------|--------------|------|--------------|
| **Late Fee** | If your payment is not received before the grace period expires as stated in your loan documents. | **Returned Check Fee** | If your bank returns a check unpaid for any reason (such as insufficient funds in the account-NSF, payment has been stopped, not properly endorsed, incorrect information, etc.) |
| **Tax Backsearch Fee** | If Ocwen has been advised that the taxes on a non-escrowed loan are delinquent, this fee is charged to investigate what taxes are owed. | **Broker's Price Opinion** | If you become delinquent on your loan, this fee may be charged for determining the value and condition of the property, using a certified Real Estate Agent. |
| **Bankruptcy Fees and/or Costs** | If your loan is involved in bankruptcy proceedings, these fees will be charged once the loan is referred to a law firm to represent Ocwen in regards to the bankruptcy. | **Prepayment Penalty Fee** | You may have taken out a loan with a prepayment penalty. This is an amount that is charged if you pay off your loan early by refinancing or selling your property or if payments of principal are made before they are due. |
| **Assumption Cost** | If your loan is assumed by a third-party (for example, if you transfer your property), this cost may be charged for the underwriting, preparation and processing of necessary documents and for attorney fees. | **Loan Modification Fee** | If you request that your loan terms be modified as part of any agreed upon resolution of a loan delinquency, this fee may be charged for preparation and processing of necessary documents and for attorney costs. |
| **Subordination Fee** | If you agree to a resolution that requires the position of the lien securing the loan to be subordinated (ie, lowered) in relation to another lien, this fee may be charged for preparation and processing of necessary documents to be filed. | **Partial Release Fee** | If you or a third party requests a release of a portion of the property from the lien, this fee may be charged for preparing and recording the partial release. |
| **Satisfaction Fee** | If you pay off your loan, this fee may be charged to cover the expense of recording the release / satisfaction of the loan as determined by the applicable county / town. | **Certified Mail Fee** | If you become delinquent on your loan, this fee may be charged to send you a Notice of Default via Certified Mail. |
| **Property Inspection Fee** | If you become delinquent on your loan, this fee may be charged for an inspection of the property to make sure that it is still in good condition. | **Foreclosure Attorney Fee** | If you become delinquent on your loan and foreclosure is required, this fee may be charged for services rendered by Ocwen's legal counsel who handle the foreclosure case. Ocwen utilizes recognized industry guidelines, such as Fannie Mae and Freddie Mac, to assist in establishing acceptable limitations for attorney fees. |
| **Foreclosure Costs** | If you become delinquent on your loan and foreclosure is required, these fees and costs may be charged for expenses and court costs incurred by Ocwen to complete the legal requirements associated with a foreclosure action. | | |

NMLS # 1852

PAYHISTWFDF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 7 of 7

Exhibit #6 (pg. 7 of 7)          Case 11-35180-pcm13   Doc 224   Filed 11/02/17